UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: CR05-441-JCC |
| ) | |
| v. ) | |
| ) | |
| JUAN CARLOS ROJAS-RODRIGUEZ, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |

Offense charged:

Possession of Cocaine Base with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

Date of Detention Hearing:   Initial Appearance and Arraignment, 12/22/2005.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required or the safety of the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   The Pretrial Services Report dated December 22, 2005, indicates that the defendant is a native and citizen of Mexico, and has been previously deported on several occasions.

(2)   The defendant has a substantial criminal history.

(3) The defendant is associated with twenty four alias names, two alien registration numbers, six dates of birth and three Social Security numbers.

(4) The Bureau of Immigration and Customs Enforcement has placed a detainer on the defendant.

(5) No conditions or combination of conditions are apparent that will reasonably assure the defendant's appearance at future Court hearings or the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of December, 2005.

s/ JAMES P. DONOHUE
United States Magistrate Judge