JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-0441JCC |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| vs. | ) ) | AND PRETRIAL MOTIONS DEADLINE |
| JUAN ROJAS-RODRIGUEZ, | ) ) | |
| Defendant. | ) ) | |

THE COURT, having considered the stipulated motion of the parties for a continuance of the trial date and the pretrial motions date, finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

The Court further finds that the period of time from the current trial date of February 21, 2006 until the new trial date of March 6, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE AND PTM DEADLINE
(Juan Rojas-Rodriguez; CR05-441JCC)                    1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

IT IS THEREFORE ORDERED that the trial date in this matter is continued until March 6, 2006 and that pretrial motions shall be filed no later than February 10, 2006.

DONE this 17th day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Peter J. Avenia
WSBA # 20794
Attorney for Hector Felix
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100
Fax No.: (206) 553-0120
Peter_Avenia@fd.org


s/ Lisca Borichewski
Assistant United States Attorney
*Per telephonic authorization*

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE AND PTM DEADLINE
(Juan Rojas-Rodriguez; CR05-441JCC)

2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**